AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MICHELLE R. MATHIS,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

      **CASE NO. 2:12-CV-00363**
**DEPARTMENT OF PUBLIC**       **JUDGE EDMUND A. SARGUS, JR.**
**SAFETY, IMPOUND UNIT,**       **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

      **Defendant.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed March 28, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 28, 2013                     JOHN P. HEHMAN, CLERK

                                    */S/ Andy F. Quisumbing*
                                    (By) Andy F. Quisumbing
                                    Courtroom Deputy Clerk